# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>MG LUNA, INC.,<br><br>Respondent. | Case No. 1:19-mc-00008-EPG<br><br>**ORDER TO SHOW CAUSE WHY THE EEOC'S SUBPOENAS SHOULD NOT BE ENFORCED**<br><br>(ECF No. 1) |

Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") has filed an Application for an Order to Show Cause as to why its Subpoena (Subpoena No. Fresno 019-08) and its Subpoena *duces tecum* (Subpoena No. Fresno 019-08) served on MG Luna, Inc. ("Respondent") should not be enforced. (ECF No. 1.) In its Application and supporting documents, the EEOC states that it served the Subpoenas on Respondent on or around November 15, 2018, pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9, in the investigation of the Charge of Discrimination filed by Adriana Bermudez, alleging sexual harassment and retaliation. The EEOC further states that Respondent has failed to comply with the Subpoenas.

Based on these representations by Petitioner regarding the service of the Subpoenas and Respondent's failure to comply with the Subpoenas, it is HEREBY ORDERED:

1

1. Respondent, MG Luna, Inc., shall appear on **April 12, 2019, at 10:00 a.m.**, in Courtroom 10 (EPG), located at 2500 Tulare Street, Fresno, California, before the Honorable Magistrate Judge Erica P. Grosjean, and show cause why Respondent should not be compelled to comply with the Subpoena Nos. Fresno 019-08 and Fresno 019-09 issued by the EEOC.
2. Petitioner shall serve Respondent with a copy of this Order to Show Cause with the Application, Memorandum of Points and Authorities, and the supporting documents on which this Order is based, on or before **February 22, 2019**.
3. Respondent shall file and serve its answer or response to the EEOC's Application for an Order to Show Cause no later than **March 22, 2019**.
4. Petitioner shall file and serve any reply to the Respondent's response to the EEOC's Application for an Order to Show Cause no later than **April 5, 2019**.

IT IS SO ORDERED.

Dated: **February 4, 2019**          /s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE