# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Petitioner,<br>    v.<br>MG LUNA, INC.,<br><br>                Respondent. | Case No. 19-mc-00008-EPG<br><br>**STIPULATED ORDER:**<br>**(1) REQUIRING PARTIAL PRODUCTION IN COMPLAINCE WITH THE EEOC'S SUBPOENAS;**<br>**(2) VACATING HEARING AND BRIEFING SCHEDULE; AND**<br>**(3) REQUIRING THE PARTIES TO FILE A JOINT STATUS UPDATE BY APRIL 15, 2019**<br><br>**(ECF No. 6)** |

      On February 1, 2019, Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") filed an Application for an Order to Show Cause as to why its Subpoena (Subpoena No. Fresno 019-08) and its Subpoena *duces tecum* (Subpoena No. Fresno 019-08) served on MG Luna, Inc. ("Respondent") should not be enforced. (ECF No. 1.) On February 5, 2019, the Court issued the requested order to show cause, set a briefing schedule, and set the matter for a hearing. (ECF No. 4.)

      Prior to Respondent filing a response to the order to show cause, the Parties arrived at an agreement regarding Respondent's production and have filed a stipulation reflecting that agreement. (ECF No. 6.) The Parties have stipulated that Respondent MG Luna, Inc. shall: (1) make Maria Guadalupe Luna available for interview by the EEOC on April 9, 2019, at 10:00

1

a.m., at the EEOC's Fresno Local Office, at 2500 Tulare St., Ste. 2601, Fresno, CA 93721; (2) Produce in full the information listed in Sections 1, 2, 3, 5, and 6 of the Request for Information that is the subject of Subpoena No. Fresno 019-08 by April 10, 2019; and (3) produce part of the information required in Section 7 Request for Information that is the subject of Subpoena No. Fresno 019-08, specifically, Respondent shall produce all of the names and contact information for all employees who worked in the same crew as Armando Torres (aka Armando Santamaria) and/or Elizabeth Romero in 2017 by April 10, 2019.

The parties have further stipulated that the briefing deadlines and hearing scheduled in this matter should be vacated.

Based on the Parties' stipulation (ECF No. 6) and for good cause showing, IT IS ORDERED:

1. The hearing on the order to show cause, set for April 12, 2019, and the associated briefing schedule are VACATED;
2. Maria Guadalupe Luna shall APPEAR for an interview by the EEOC on April 9, 2019 at 10:00 a.m. at the EEOC's Fresno Local Office, at 2500 Tulare St., Ste. 2601, Fresno, CA 93721;
3. MG Luna, Inc. shall PRODUCE to the EEOC responses to items 1, 2, 3, 5, and 6 of the Request for Information that is the subject of Subpoena Number 019-08 by April 10, 2019; and
4. MG Luna, Inc. shall PRODUCE to the EEOC names and contact information for all employees who worked in the same crew as Armando Torres (aka Armando Santamaria) and/or Elizabeth Romero in 2017 by April 10, 2019.

\\\
\\\
\\\
\\\
\\\
\\\

5. If the EEOC has not filed a notice of voluntary dismissal by April 15, 2019, the parties shall FILE a joint status update by April 16, 2019, reflecting the completion status of Defendant's production of the required documents and testimony.

IT IS SO ORDERED.

Dated: **March 25, 2019**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE