UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MG LUNA, INC.,<br><br>Defendant. | Case No. 1:19-mc-00008-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 11) |

On April 25, 2019, Petitioner, U.S. Equal Employment Opportunity Commission, filed a notice of voluntary dismissal. (ECF No. 11.) Defendants have not filed a responsive pleading or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **April 26, 2019**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1